

**STRADLEY RONON**
ATTORNEYS AT LAW

Andrew K. Stutzman
AStutzman@stradley.com
215-564-8008

Stradley Ronon Stevens & Young, LLP
Great Valley Corporate Center
30 Valley Stream Parkway
Malvern, PA 19355-1481
Telephone (610) 640-5800
Fax (610) 640-1965
www.stradley.com

January 12, 2012

**VIA FACSIMILE 717.221.3968**

The Honorable Sylvia H. Rambo
United States District Judge
United States District Court for the Middle District of Pennsylvania
Ronald Regan Federal Building and U.S. Court House
228 Walnut Street, No. 860
Harrisburg, PA 17101

      Re: **Wright v. Malcolm S. Gerald & Associates, Inc.**
           **USDC, Middle District PA, No. 1:11-cv-01914-SHR**

Dear Judge Rambo:

      This firm is counsel to Defendant, Malcolm S. Gerald & Associates, Inc., in the above-referenced matter. I am happy to report to the Court that this matter has settled. Accordingly, I write to respectfully request that the Court enter a Local Rule 41(b) Order, dismissing the action without prejudice, to allow the parties time to memorialize the settlement. Once the settlement has been memorialized and releases executed, the parties will file a stipulation of dismissal with prejudice.

      I thank the Court for its courtesies in this matter.

      Respectfully,

      *Andrew K. Stutzman / gmr*

      Andrew K. Stutzman

AKS:rr

cc:    Todd Friedman, Esquire (via facsimile)