Todd M. Friedman, Esq. (PA 310961)
Cynthia Z. Levin, Esq. (PA 27050)
Law Offices of Todd M. Friedman, P.C.
1150 First Avenue, Suite 501
King of Prussia, PA 19406
Phone: 888-595-9111 ext 618
Fax: 866 633-0228
clevin@attorneysforconsumer.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PATRICIA WRIGHT,**<br>Plaintiff,<br><br>      vs.<br><br>**MALCOLM S. GERALD & ASSOCIATES, INC.,**<br>Defendant.<br>_____ | Case No. 1:11-cv-01914-SHR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>_____ |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 6th day of April, 2012.

By:   s/Todd M. Friedman
      Todd M. Friedman, Esq. (PA 310961)
      Law Offices of Todd M. Friedman, P.C.
      Attorney for Plaintiff

Notice of Dismissal - 1

Filed electronically on this 6th day of April, 2012, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 6th day of April, 2012, via the ECF system to:

Honorable Sylvia H. Rambo
United States District Court
Middle District of Pennsylvania

By: s/Todd M. Friedman
　　　Todd M. Friedman